**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01583-NYW

CHATEAU VILLAGE NORTH CONDOMINIUM ASSOCIATION, a Colorado corporation,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on Plaintiff Plaintiff Chateau Village North Condominium Association's ("Plaintiff") Unopposed Motion to Amend Scheduling Order [#36], filed March 20, 2015 (the "Motion"). Pursuant to the Order Referring Case August 7, 2014 [#27] and the memorandum dated March 20, 2014 [#37], the Motion was referred to this Magistrate Judge.

IT IS ORDERED that the Motion is GRANTED as follows:

(1) Affirmative expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due to be made and served and opposing counsel by **April 29, 2015**.
(2) Rebuttal expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due to be made and served on opposing counsel by **May 29, 2015**.
(3) The discovery cut-off in this action is set for **June 29, 2015**.
(4) The dispositive motion deadline is set for **July 16, 2015**.
(5) All other deadlines remain as previously set.

DATED March 24, 2015.