**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01583-PAB-NYW

CHATEAU VILLAGE NORTH CONDOMINIUM ASSOCIATION, a Colorado corporation,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Chateau Village North Condominium Association's ("Plaintiff") Second Unopposed Motion to Amend Scheduling Order [#41], filed April 29, 2015 (the "Motion"). Pursuant to the Order Referring Case August 7, 2014 [#27] and the Memorandum dated April 29, 2014 [#42], the Motion was referred to this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED. IT IS ORDERED THAT affirmative expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due to be made and served on opposing counsel no later than **May 1, 2015**. All other deadlines remain as previously set.

DATED April 30, 2015.