# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01583-PAB-NYW

CHATEAU VILLAGE NORTH CONDOMINIUM ASSOCIATION,
a Colorado corporation,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

      Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court the Parties Joint Motion to Amend Scheduling Order, filed on August 17, 2015 [#63] (the "Motion").  Pursuant to the Order Referring Case dated August 7, 2014 [#27], the Reassignment dated February 10, 2015 [#34], and the Memorandum dated August 17, 2015 [#64], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED:

(1) The Parties are granted leave to take the depositions Elaine Palermo-Mattingly and Veronica Martinez on or before **September 14, 2015**;

(2) The discovery cut-off remains a previously set as to any other discovery.

DATED: August 19, 2015