**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-CV-01583-PAB-NYW

CHATEAU VILLAGE NORTH CONDOMINIUM ASSOCIATION,

Plaintiff

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendants

_____

**SPECIAL VERDICT FORM**
_____

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

**SECTION I – BREACH OF CONTRACT**

1. Did the plaintiff, Chateau Village, have injuries, damages, or losses? (Yes or No)

   ANSWER: _____

2. Did the defendant, American Family, breach the insurance contract by refusing to pay for the damage to the Chateau Village North property? (Yes or No)

   ANSWER: _____

3. Was the breach of the insurance contract, if any, a cause of any of the injuries, damages, and losses claimed by Chateau Village? (Yes or No)

1

ANSWER: _____

4. ---

ANSWER: _____

6. What is the total amount of the plaintiff's damages for economic losses? Economic losses are those losses described in numbered paragraph 2 of Instruction \_\_\_\_.

You should answer "0" if you determine there were none.

ANSWER: $_____

## SECTION II. UNREASONABLE DELAY OR DENIAL OF BENEFITS OWED

7. Did American Family delay or deny benefits owed to Plaintiff according to the insurance policy without a reasonable basis? (Yes or No).

ANSWER: _____

If your answer to Question 7 was "No," skip Question 8 and continue to Section III. If your answer to Question 7 was "Yes," proceed to Question 8.

8. State the amount of benefits that American Family delayed or denied without a reasonable basis:

ANSWER: $ _____

## SECTION III. BAD FAITH

9. Did American Family act unreasonably or take an unreasonable position in its handling of Plaintiff's claim for uninsured motorist benefits? (Yes or No)

ANSWER:_____

10. Did American Family know its conduct or position was unreasonable, or did American Family recklessly disregard the fact that its conduct or position was unreasonable? (Yes or No)

ANSWER: _____

11. Did American Family's unreasonable conduct or position, if any, cause injuries, damages, or losses to Plaintiff? (Yes or No).

ANSWER: _____

If your answer to Question 11 was "No," stop and sign the Verdict Form. If your answer to Question 11 was "Yes", proceed to Question 12.

12. State the amount of non-economic damages, as defined in Instruction No. ____, caused by American Family's unreasonable conduct or position. You should answer "0" if you determine there were none.

ANSWER:$_____

All jurors shall sign below.

JURORS' SIGNATURES:

_____   _____

_____   _____

_____   _____

_____   _____

4

_____   _____

_____   _____

Foreperson

May: _____, 2016.

Dated this 6th day of April, 2016.

Respectfully submitted,

**LEVIN SITCOFF PC**

*s/ Kerri J. Atencio*
Kerri J. Atencio
Timothy M. Garvey
1512 Larimer Street, Suite 650
Denver, CO 80202
Phone: (303) 575-9390
Fax: (303) 575-9385
kja@levinsitcoff.com
tmg@levinsitcoff.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2016, a true and correct copy of the foregoing **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM** was served electronically via CM/ECF to the following:

Colin C. Campbell
Michael O. Frazier
Joel A. Richardson
CAMPBELL LATIOLAIS & AVERBACH, LLC
ccampbell@cla-law.net
mfrazier@cla-law.net
jrichardson@cla-law.net

*s/ Nicole R. Peterson*
Nicole R. Peterson